**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

```
IN RE:                              )
                                    )
  DANIEL S. SUMMERS                 )
  SSN:  XXX-XX-6775                 )     CASE NO. 04-50492
                                    )          CHAPTER 7
         AND                        )     JUDGE J. E. HOFFMAN, JR.
                                    )
  JEANNETTE E. SUMMERS              )
  SSN:  XXX-XX-6326                 )
                                    )
         Debtors                    )
```

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND**
**UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $34.37 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and address(es) of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name** | **Claim No.** | **Amt. Of Dividend** |
|---|---|---|
| Internal Revenue Service<br>Special Procedures Branch<br>P.O. Box 1579<br>Cincinnati, OH 45201 | 2P | 34.37 |
| Total Unclaimed/Small<br>Dividends $25.00 or under | | Total Unclaimed<br>Dividends Over $25.00<br>$34.37 |

Dated:  January 10, 2011               /s/D. William Davis
                                                                             D. William Davis,
                                                                             Atty. Reg. No. 0019639
                                                                             DAVIS LAW OFFICE
                                                                             407-A Howard Street
                                                                             Bridgeport, OH 43912
                                                                             Telephone:  (740) 635-1217
                                                                             Fax:  (740) 633-9843
                                                                             dwilliamdavis@comcast.net